# UNITED STATES DISTRICT COURT

DISTRICT OF _____ New Jersey _____

JAMES BLACK and MICHELE BLACK
on behalf of themselves and their minor children,

                Plaintiffs,
     V.

BOROUGH OF LINDENWOLD,

                Defendant.

**JUDGMENT BY CONSENT IN A CIVIL CASE**

Case Number:    11-cv-2283 (JEI/AMD)

This matter came before the Court upon the settlement of the above-captioned case and the parties' joint Motion Motion to Approve the portion of the settlement concerning Plaintiffs' minor children, Jael Black and Semaj Black.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of the Plaintiffs and against the Defendant Borough of Lindenwold in the total amount of $4,999,999.99. Distribution of the total amount shall be as follows:

    $602,814.85 to James and Michele Black

    $1,544,000.00 to BHG Structured Settlements, Inc.

    $878,329.95 to James Black Irrevocable Trust

    $28,000.00 to Jael Black Irrevocable Trust

    $28,000.00 to Semaj Black Irrevocable Trust

    $18,000.00 for Plaintiff's personal loan (Foran)

    $8,847.00 for Plaintiff's personal loan (Global)

    $88,458.68 for medical lien

    $22,025.01 for Medicare set aside

    $1,546,524.50 for attorney fees

    $235,000.00 for Murphy & Falcon expenses

October 9, 2013
Date

Joseph E. Irenas, Senior United States District Judge